UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:  Case No. 22-42337

Chapter 13

Anny Brito

AFFIDAVIT IN ACCORDANCE WITH 11 U.S.C. §1308 AND EDNY LBR 2003-1(b)(ii) and 2003-1(b)(iii)

Chapter 13 Debtor(s)

-------------------------------------------------------------X

STATE OF NEW YORK        )
                         )  ss:
COUNTY OF Richmond       )

Now comes Anny Brito (hereinafter "Debtor"), being first duly sworn and under penalty of perjury, who deposes and states as follows in support of confirmation in the above captioned Chapter 13 bankruptcy case, and in accordance with 11 U.S.C. §1308 and E.D.N.Y. LBR 2003-1(b)(ii) and 2006-1(b)(iii)

***MUST CHECK A OR B***

1. ☐ (A)  The undersigned Debtor has domestic support obligations pursuant to 11 U.S.C. §101(14)(A) and has paid all domestic support obligations required to be paid pursuant to 11 U.S.C. §1325(a)(8)

   ☒ (B)  The undersigned Debtor does NOT have domestic support obligations pursuant to 11 U.S.C. §101(14)(A)

2. ☒ (A)  The undersigned Debtor is required to file tax returns and has filed all applicable and required Federal, State, and local tax returns pursuant to 11 U.S.C. §1308.

   ☐ (B)  The undersigned Debtor is NOT required to file tax returns.

By signing this declaration, I acknowledge that all statements contained herein are true and accurate and that the Trustee may rely on the truth of each of these statements in making its recommendation to confirm the Chapter 13 plan. The Trustee may seek revocation of the Chapter 13 plan if the statements relied upon are not accurate.

/s/ Anny Brito
Anny Brito

SWORN TO AND SUBSCRIBED BEFORE ME

ON THIS _____ DAY OF _____, 202__

_____
NOTARY PUBLIC